## Commonwealth ex rel. Mackreth, Appellant, v. Manley.

Submitted March 1, 1965. *Gerard F. Mackreth,* appellant, in propria persona; *Ralph P. Needle,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Rinish, Appellant, v. Winans.

Submitted March 1, 1965. *James Michael Rinish,* appellant, in propria persona; *Arthur L. Piccone,* Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

JACOBS and HOFFMAN, JJ., would reverse and remand for hearing.

FLOOD, J., absent.